UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

SHWE THAUNG,

Petitioner,

v.

TODD BLANCHE, et al.,

Respondent.

Case No. 2:26-cv-03822-BAT

ORDER GRANTING MOTION TO PROCEED IN FORMA PAUPERIS

Petitioner has submitted an application to proceed *in forma pauperis*, which demonstrates an inability to pay the $5.00 filing fee. The Court thus **GRANTS** petitioner's application. Dkt. 1. The Clerk is directed to (1) file petitioner's habeas corpus petition without the prepayment of fees, and (2) send a copy of this Order to petitioner.

Dated this 9th day of October, 2026.

Brian A. Tsuchida
United States Magistrate Judge