UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| SHWE THAUNG,<br><br>Petitioner,<br><br>v.<br><br>TODD BLANCHE, et al.,<br><br>Respondent. | Case No. 2:26-cv-03822-BAT<br><br>ORDER APPOINTING FEDERAL DEFENDER |

Petitioner moves the Court to appoint the Federal Public Defender ("FPD") as counsel, and the FPD has asked the Court to grant petitioner's request. Having considered these requests, as well as petitioner's financial eligibility, the Court **ORDERS**:

(1) Petitioner's motion for appointment of counsel, Dkt. 2, is **GRANTED**.

(2) First Assistant FPD Ann K. Wagner is appointed to represent petitioner in this case.

(3) The Clerk shall provide a copy of this Order to petitioner and the FPD.

Dated this 9th day of October, 2026.

Brian A. Tsuchida
United States Magistrate Judge